UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUAHSYM S. PARKER,<br><br>                            Petitioner,<br><br>-against-<br><br>SUPERINTENDENT OF COXSACKIE CORRECTIONAL FACILITY,<br><br>                            Respondent. | 23-CV-5921 (PMH)<br><br>ORDER |

PHILIP M. HALPERN, United States District Judge:

On August 28, 2025, Petitioner filed Objections to the Report and Recommendation entered on March 19, 2025. (Doc. 30). Respondent has not filed any response thereto to date.

The time for Respondent to file a response to Petitioner's Objections is extended *nunc pro tunc* to September 23, 2025.

SO ORDERED.

Dated:   White Plains, New York
            September 16, 2025

                                                                _____
                                                                  PHILIP M. HALPERN
                                                                  United States District Judge