**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
QUAHSYM PARKER,

                      Petitioner,                23 **CIVIL** 5921 (PMH) (JCM)

      -against-                        **JUDGMENT**

SUPERINTENDENT OF COXSACKIE
CORRECTIONAL FACILITY,

                     Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 20, 2026, Petitioner's objections to the Report are overruled. The Court adopts the Report in full. The Amended Petition is, accordingly, DENIED.

As Petitioner has not made a substantial showing of a denial of a constitutional right, a Certificate of Appealability shall not be issued. See 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

   May 21, 2026

                                **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

                **BY:**          _____
                                  **Deputy Clerk**